FRANK H. TUTHILL and Others, Respondents, *v.* MARGARET ELEANOR FORBES, Individually and as Executrix, etc., and Others, Defendants.

MARGARET ELEANOR FORBES DEBEVOISE (Sued by the Name of MARGARET ELEANOR FORBES), Individually and as Executrix, etc., Appellant.

Appeal from order granting leave to sue as a poor person.

PER CURIAM: The mere fact that one of several plaintiffs is indigent is not sufficient to justify an order permitting him to sue as a poor person. The fact that the cause is not yet at issue seems to be due solely to the difficulty which the plaintiffs have found in drawing a complaint which is proof against demurrer. The order should be reversed, with ten dollars costs and disbursements, and motion denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied.

---

MAE A. SULLIVAN, an Infant, by Her Guardian ad Litem, PHILIP J. TERMINI, Respondent, *v.* ARTHUR I. HOE, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 2d day of October, 1914, granting the motion of the guardian *ad litem* to be relieved from acting as such guardian.

PER CURIAM: The order appealed from should be modified by requiring as a condition of the guardian *ad litem* being relieved from further action that he pay the taxable costs of the action to date. As so modified the order should be affirmed, with ten dollars costs and disbursements to the appellant. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as stated in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KAROLY Z. HORVAY, Respondent, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Appeal from part of an order of the Supreme Court, entered in the New York county clerk's office on the 16th day of June, 1914, as resettled by an order entered on the 3d day of July, 1914, granting an alternative writ of mandamus.

PER CURIAM: It affirmatively appears that the relator was dismissed for lack of work and that no one was appointed in his place, and that his name was placed in the proper position upon the civil service list. It is clear that he has no right to be reinstated in a position in which there was no work for him to do. The order appealed from must, therefore, be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.